People ex rel. Padilla v Molina (2023 NY Slip Op 05673)

People v Molina

2023 NY Slip Op 05673

Decided on November 9, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
JOSEPH J. MALTESE
PAUL WOOTEN
DEBORAH A. DOWLING, JJ.

2023-10183

[*1]The People of the State of New York, ex rel. Alexis G. Padilla, on behalf of Lance Spearman, petitioner,
v
Louis A. Molina, etc., respondent.

Alexis G. Padilla, Brooklyn, NY, petitioner pro se.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Jordan Cerruti, and Matthew J. Bennett of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Lance Spearman upon his own recognizance or, in the alternative, to set reasonable bail upon Kings County Indictment Nos. 75741/2023 and 75991/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Kings County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
CONNOLLY, J.P., MALTESE, WOOTEN and DOWLING, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court